```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 00578
   WILME J HUDSON
   WILLIAM HUDSON                            CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4755    SSN XXX-XX-2864

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/24/2006 and was confirmed 04/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/22/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED              300.00            .00          300.00
COUNTRYWIDE HOME LOANS I  CURRENT MORTG           .00            .00             .00
COUNTRYWIDE HOME LOANS I  MORTGAGE ARRE        3460.00            .00         3460.00
HSBC AUTO FINANCE         SECURED             8200.00         854.56         8200.00
HSBC AUTO FINANCE         UNSECURED            402.54            .00           40.25
THREE ARCH CAPITAL        CURRENT MORTG           .00            .00             .00
THREE ARCH CAPITAL        MORTGAGE ARRE       10760.58            .00         7149.85
INTERNAL REVENUE SERVICE  PRIORITY            1004.10            .00         1004.10
TOUCH OF CLASS DENTISTRY  UNSECURED         NOT FILED            .00             .00
CALUMET DERMATOLOGY ASSO  UNSECURED         NOT FILED            .00             .00
CAPITAL ONE               UNSECURED            774.43            .00           77.44
FAMILY EYECARE            UNSECURED         NOT FILED            .00             .00
HSBC BANK NEVADA NA       UNSECURED            762.24            .00           76.22
ISAC                      UNSECURED         NOT FILED            .00             .00
JNA ANESTHESIA            UNSECURED         NOT FILED            .00             .00
MEDICAL RADIOLOGY CENTER  UNSECURED         NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           3556.02            .00          355.60
PORTFOLIO RECOVERY ASSOC  UNSECURED           1849.99            .00          185.00
SOCIAL SECURITY ADMIN     UNSECURED         NOT FILED            .00             .00
CAPITAL ONE               UNSECURED            928.05            .00           92.81
DAIMLER CHRYSLER FINANCI  UNSECURED         NOT FILED            .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED           2712.58            .00          271.26
PORTFOLIO RECOVERY ASSOC  UNSECURED           1461.91            .00          146.19
AFNI                      UNSECURED            462.94            .00           46.29
TAX ACQUISITIONS INC      NOTICE ONLY       NOT FILED            .00             .00
THOMAS M BRITT            DEBTOR ATTY            .00                             .00
TOM VAUGHN                TRUSTEE                                           1,390.43
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 00578 WILME J HUDSON & WILLIAM HUDSON
```

```
-------------------------------------------------------------------------------
TRUSTEE                                     23,650.00

PRIORITY                                                             1,004.10
SECURED                                                             19,109.85
    INTEREST                                                           854.56
UNSECURED                                                            1,291.06
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                 1,390.43
DEBTOR REFUND                                                             .00
                                          ---------------      ---------------
TOTALS                                      23,650.00               23,650.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


　　Dated: 08/26/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE